152 A.3d 760

**JOHNSON**

v.

**XEROX EDUCATION SOLUTIONS**

**Pet. Docket No. 456, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 579, Sept. Term, 2015)

Petition for writ of certiorari denied

152 A.3d 760

**MASON, Phillip**

v.

**STATE of Maryland**

**Pet. Docket No. 458, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 1752, Sept. Term, 2015)

Petition for writ of certiorari denied